UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,** § § § § | |
| *Plaintiff,* § | EP-17-CV-00096-DCG |
| v. § § | |
| **VICENTE CUELLAR, ASHLEY CUELLAR, and S.C.,** *a minor*, § § § | |
| *Defendants.* § | |

## FINAL JUDGMENT

In accordance with the Order issued this date in this action, the Court hereby enters, pursuant to Federal Rule of Civil Procedure 58, its Final Judgment disposing of this action in its entirety. There being no just cause for delay, this is a **FINAL** and **APPEALABLE** judgment.

**IT IS ORDERED** that the Clerk of the Court shall **ENTER DEFAULT JUDGMENT** against **Defendant Vicente Cuellar.**

**IT IS FURTHER ORDERED** that Plaintiff Hartford Life and Accident Insurance Company is hereby **RELEASED WITH PREJUDICE** from all claims that were asserted or could have been asserted by or through Defendant Vicente Cuellar for benefits under Policy Number GL-395333 relating to the death of the insured, Maria Cuellar.

**IT IS MOREOVER ORDERED** that Plaintiff Hartford Life and Accident Insurance Company may **RETAIN $5,999.50** from the $150,000.00 in Policy Benefits to compensate it for the attorney's fees and costs of bringing this interpleader action.

**IT IS ADDITIONALLY ORDERED** that Plaintiff Hartford Life and Accident Insurance Company shall **PAY** the remaining **$144,000.50** to the **CONTINGENT**

**BENEFICIARIES** in accordance with the requirements of Policy Number GL-395333 in light of the Court's finding that the primary beneficiary has forfeited his interest.

**IT IS FINALLY ORDERED** that all pending motions, if any, are denied as **MOOT** and the Clerk of Court shall **CLOSE** this matter.

So ORDERED and SIGNED this 25th day of July 2018.

DAVID C. GUADERRAMA
**UNITED STATES DISTRICT JUDGE**